UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROADGET BUSINESS PTE. LTD.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TWITTER, INC.,<br><br>　　　　　Defendant. | Case No. 23-mc-80176-DMR<br><br>**ORDER DENYING JOINT DISCOVERY LETTER**<br><br>Re: Dkt. No. 4 |

　　　Plaintiff Roadget Business Pte. Ltd. ("Roadget") filed a motion to compel compliance with a subpoena issued to third party Twitter, Inc. ("Twitter") in connection with litigation pending in the United States District Court for the Northern District of Illinois. [Docket No. 1.] On July 10, 2023, the court denied the motion to compel without prejudice. The court ordered the parties to meet and confer about the subpoena and to submit a joint letter by July 24, 2023 if disputes remained after meeting and conferring. [Docket No. 3.]

　　　The parties timely filed a joint letter in which they provide a "preview" of their disagreements and "request formal briefing and a hearing." [Docket No. 4.] The court agrees that it would benefit from full briefing. However, it is not clear that the issues are ripe for resolution, since Roadget contends that Twitter raised new issues in the joint letter that it did not raise in the parties' meet and confer. *Id*. at 4. Accordingly, the joint letter is denied without prejudice. The parties shall immediately meet and confer regarding Twitter's objections to the subpoena in person, by video, or by telephone in accordance with the court's July 10, 2023 Order. If disputes remain after meeting and conferring, Roadget may file a regularly noticed motion to compel compliance with the subpoena. The motion may not exceed 15 pages, exclusive of evidence. Twitter's opposition may not exceed 15 pages, exclusive of evidence, and shall be filed in

accordance with the timing set forth in Local Rule 7-3.  Any reply may not exceed seven pages and shall be filed in accordance with the timing set forth in Local Rule 7-3.  The parties may not incorporate by reference any prior submissions or use footnotes.

**IT IS SO ORDERED.**

Dated: August 9, 2023



Donna M. Ryu
Chief Magistrate Judge